UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ARMON HICKMAN, <br><br> Plaintiff, <br><br> v. <br><br> CITY OF DES MOINES POLICE DEPARTMENT *et al.*, <br><br> Defendants. | CASE NO. C19-1245-JCC <br><br> ORDER |

This matter comes before the Court *sua sponte*. On October 17, 2019, the Court held that Plaintiff's *in forma pauperis* complaint failed to state a claim and ordered Plaintiff to file an amended complaint "within 21 days from the date of this order." (Dkt. No. 4 at 3.) Although the Court issued the order on October 17, the order was erroneously dated November 17, 2019. (*See id.*) Because the November 17 date could have caused confusion, the Court did not dismiss the case after Plaintiff failed to file an amended complaint within 21 days of October 17, 2019. Now that Plaintiff has not filed an amended complaint within 21 days of November 17, 2019, it is appropriate for the Court to dismiss the case. Accordingly, the Court DISMISSES the case without prejudice.

//

//

DATED this 6th day of February 2020.

John C. Coughenour
UNITED STATES DISTRICT JUDGE